Zachary Frampton (SBN 303225)
Zac.frampton.@hklaw.com
**Holland & Knight LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA  90071-1514
Tel.:  213 896 2400
Fax:  213 896 2450

Attorneys for Defendant
Hyundai Capital America

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOHN HENDEL, | Case No:  8:21-cv-01980-KES |
| Plaintiffs, | **DEFENDANT HYUNDAI CAPITAL AMERICA'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |
| v. | |
| TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and HYUNDAI MOTOR FINANCE d/b/a HYUNDAI CAPITAL AMERICA, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

Case No: 8:21-cv-01980-KES              - 1 -
CORPORATE DISCLOSURE STATEMENT

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA  90071
Tel: 213.896.2400
Fax: 213.896.2450

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1-1, the undersigned counsel of record for Defendant Hyundai Capital America, improperly identified as Hyundai Motor Finance d/b/a Hyundai Capital America ("HCA") certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

HCA is a California corporation. Approximately 80% of HCA's stock is held by Hyundai Motor America, also a California corporation and a wholly-owned subsidiary of Hyundai Motor Company ("HMC"), a corporation organized under the laws of the Republic of Korea. HMC's stock is publicly traded on the Korea Stock Exchange.

The remainder of HCA's stock is held by Kia America, Inc. ("KA") fka Kia Motors America, Inc., a California corporation. KA is a wholly-owned subsidiary of Kia Corporation ("KC") fka Kia Motors Corporation, a corporation organized under the laws of the Republic of Korea. KC's stock is publicly traded on the Korea Stock Exchange.

DATED: January 27, 2022

By: _/s/ Zachary Frampton_
Zachary Frampton (SBN 303225)

**HOLLAND & KNIGHT LLP**
400 South Hope Street, 8th Floor
Los Angeles, CA 90071-1514
Tel.: 213 896 2400
Fax: 213 896 2450
Zac.Frampton@hklaw.com

*Attorneys for Defendant Hyundai Capital America improperly Identified as Hyundai Motor Finance d/b/a Hyundai Capital America*